UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| JACKIE FISHER,<br><br>    Petitioner,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil Action No. 7:19-cv-63-KKC<br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner Jackie Fisher's petition for a writ of habeas corpus [R. 1] is **DENIED**;

2. Judgment is entered in favor of the Respondent with respect to all issues raised in this proceeding;

3. This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

4. This is a **FINAL** and **APPEALABLE** judgment and there is no just cause for delay.

Dated September 11, 2019

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY